IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | 8:09CR203 | |
| ) | | |
| v. ) | | |
| ) | | |
| JOHN G. GIESSINGER, ) | ORDER | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

This matter is before the Court on defendant's motion to reconsider, vacate, or modify sentence under 28 U.S.C. § 2255 (Filing No. 63). Plaintiff has filed a response thereto (Filing No. 66). The Court will allow defendant to file a response to plaintiff's submission. Accordingly,

IT IS ORDERED that defendant shall have until November 4, 2011, to file respond to plaintiff's submission.

DATED this 18th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court