IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:09CR203 |
| v. | ) | |
| JOHN G. GIESSINGER, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's motion extension of time to file reply (Filing No. 68). The Court finds the motion should be granted and will include with this order a copy of plaintiff's response inasmuch as defendant was not at the location to which it was mailed. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until November 28, 2011, to file respond to plaintiff's submission.

DATED this 1st day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court